# VULLINGS LAW GROUP, LLC

Attorneys At Law

3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PENNSYLVANIA  19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in  PA, NJ, NY & DC

bvullings@vullingslaw.com

May 12, 2015

Honorable Harvey Bartle, III
United States District Court
Eastern District of Pennsylvania (Philadelphia)
601 Market Street #2609
Philadelphia, PA 19106

    Re:    **Kenneth Sigmund v. Transworld Systems, Inc.**
              **U.S.D.C., E.D.Pa., 2:15-cv-00463-HB**

Your Honor:

    Kindly be advised the above referenced matter has been settled. We are waiting for circulation of the necessary paperwork in order to finalize the settlement.

    Thank you for your time in this matter.

                              Sincerely,

                              ***/s/ Brent F. Vullings***

                              Brent F. Vullings, Esq.

BFV:fc
cc:    Ross S. Enders, Esq. (via ECF)