UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH SIGMUND** ) | Case Number 2:15-cv-00463-HB |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | |
| ) | |
| **TRANSWORLD SYSTEMS, INC.** ) | |
| ) | |
| **Defendant** ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, KENNETH SIGMUND, and the defendant, TRANSWORLD SYSTEMS, INC., that the above-entitled action is hereby dismissed with prejudice as to TRANSWORLD SYSTEMS, INC. only, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Vullings Law Group, LLC

BY: _/s/ Brent F. Vullings_
  Brent F. Vullings, Esquire
  Attorney for Plaintiff

Sessions Fishman Nathan & Israel LLC

BY: _/s/ Ross S. Enders_
  Ross S. Enders, Esq.
  Attorney for Defendant

IT IS SO ORDERED.

_Harvey Bartle_
            J.
September 2, 2015